# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **TROY MATTHEW JACKSON,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:14CV00551 |
| | ) | |
| v. | ) | **OPINION** |
| | ) | |
| **FREDRICK COUNTY** | ) | By: James P. Jones |
| **COMMONWEALTH,** | ) | United States District Judge |
| | ) | |
| Defendant. | ) | |

*Troy Matthew Jackson, Pro Se Plaintiff.*

The plaintiff, Troy Matthew Jackson, proceeding pro se, has filed this civil rights action under 42 U.S.C. § 1983 and applies to proceed in forma pauperis. He claims that he was falsely arrested for failing to register as a sex offender.

According to court records, Jackson has filed at least three actions in a court of the United States that were dismissed as frivolous, including: *Jackson v. Burgess, et. al.*, No. 2:03CV00514 (E.D. Va. July 28, 2003); *Jackson v. Sprid*, No. 7:02CV01235 (W.D. Va. Oct. 7, 2003); and *Jackson v. CFW Adult Reg. Det. Ctr, et. al.*, 7:03CV00160 (W.D. Va. Oct. 16, 2003)). Therefore, Jackson may not proceed with this action unless he either pays the $350.00 filing fee or shows that he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). As Jackson has neither prepaid the filing fee nor demonstrated that he is "under

imminent danger of serious physical injury," I must dismiss his complaint without prejudice under § 1915(g).

A separate Final Order will be entered herewith. The clerk will send a copy of that Final Order and this Opinion to the plaintiff.

        DATED: October 16, 2014

        /s/ James P. Jones
        United States District Judge

-2-

Case 7:14-cv-00551-JPJ-RSB   Document 5   Filed 10/16/14   Page 2 of 2   Pageid#: 16